TMP
S

In The United States District Court
For The Northern District of Alabama

2017 SEP 22 A 11:09

Plaintiff,
Bakari Mackey

vs.

2:17-cv-01638-MHH-TMP

Defendant
Hoover City Jail

Title 42 Section 1983 Civil
Complaint/Action Against State Authorities

Bakari Mackey, a federal inmate housed in the Hoover City Jail and proceeding without the assistance of counsel, respectfully files this pro se civil action.

COMPLAINT

1. Denial of access to administrative remedy process to initiate and/or exhaust prior to this Court filing
2. Denial of right to nutritious meal in accordance with right to religious practice.
   A. Hoover City Jail has no intake procedure whereby inmates have access to a meal of their choice.
   B. Hoover City Jail has no intake procedure where Muslim/Islamic No-pork or vegetarian meals are offered.
   C. From September 12, 2017 continuing, Bakari Mackey has been denied No-Meat meal. This has caused weight loss, undue stress and depression. Request monetary damages and compensation in the amount of $360.00 per day and order Hoover City Jail to implement intake procedure

acknowledging the religious rights and practices, and nutritious meals of an inmates choices.

I have suffered headaches, seeing stars and dizziness.

Done This 18th Day of September 2017

Certificate of Service

I, Bakari Mackey certify that I filed the foregoing Title 42 Section 1983 Civil Action with the Clerk, U.S. District Court, 1729 5th Avenue North, Birmingham, AL 35203 on this 18th Day of September 2017, by placing the same in a sealed envelope MARKED Legal Mail and personally hand delivered to Hoover City Jail officers.

Bakari Mackey
Bakari Mackey